UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SHELIA MARIAH BOLAR, and all similarly
situated and/or affected persons at Rikers
Correctional Facility,

                Plaintiff,

-against-

RIKERS ISLAND CORRECTIONAL FACILITY
OF QUEENS COUNTY; the City of New York;
Corrections Officer McFARLAND (black
female);Corrections Officer S. GIBBS (black
female); Corrections Officer POSTER (black
female); Corrections Officer SAXON (black male);
Corrections Officer DAVIS (black female);
Corrections Officer MARTINEZ (black female);
Captain MAXWELL (black female supervisor at
Rikers); Corrections Officer CHENE (black female);
Various Unknown Corrections Officers at Rikers
Island; Unknown Haitian male physician (whose
name is unavailable); Unknown West Indian black
female medical assistant (whose name is
unavailable),

                Defendants.

------------------------------------------------------------X

OCT 21 2011

**ORDER**
07-CV-5446 (NG)

GERSHON, United States District Judge:

On December 28, 2007, *pro se* plaintiff Shelia Mariah Bolar filed a complaint, pursuant to 42 U.S.C. § 1983, alleging mistreatment at Rikers Island on November 5, 2007. By Order dated June 9, 2008, the action against twelve of the twenty-five defendants was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff was granted leave to amend the complaint solely to set forth her claim involving strip searches at Rikers Island and her Due Process claim for the deprivation of her personal property. Since plaintiff did not submit an amended complaint and the July 6, 2008 letter plaintiff submitted did not address the matters she was directed to address, the action was dismissed

1

by Order dated August 1, 2008. By Mandate issued December 16, 2008, the United States Court of Appeals for the Second Circuit dismissed plaintiff's appeal. Now, by letter dated August 8, 2011, plaintiff seeks reconsideration of this Court's August 1, 2008 Order dismissing the case.

Since there is no sound basis for granting such extraordinary relief at this late date, the motion for reconsideration is DENIED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

s/NG

NINA GERSHON
United States District Judge

Dated: October 20, 2011
Brooklyn, New York